IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| MELISSA TOSATTO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.:09-CV-2071 JAR/JPO |
| vs. ) | |
| ) | |
| APOLLO GROUP, INC. d/b/a ) | |
| UNIVERSITY OF PHOENIX, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Melissa Tosatto and Defendant Apollo Group, Inc. d/b/a University of Phoenix, through their attorneys of record, stipulate to the voluntary dismissal of this action with prejudice. The parties further stipulate that each party will pay her/its own attorneys' fees and costs.

Dated December 29, 2009.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| *s/ Erin A. Webber* | *s/ Kevin Baldwin* |
| Erin A. Webber, #70548 | Kevin Baldwin, Esq., #18637 |
| Attorneys for Defendant Apollo Group, Inc. | Attorneys for Plaintiff Melissa Tosatto |
| d/b/a University of Phoenix | BALDWIN & VERNON |
| LITTLER MENDELSON | 11 E. Kansas Street |
| 2300 Main Street, Suite 900 | Liberty, MO 64068 |
| Kansas City, MO 64108 | Telephone: 816.842.1102 |
| Telephone: 816.448.3558 | Facsimile: 816.842.1104 |
| Facsimile: 816.817.0735 | E-mail: ckevinbaldwin@aol.com |
| E-mail: ewebber@littler.com | |

Melissa M. Randall
(CO Bar No. 35559)
*Admitted Pro Hac Vice*
Attorney for Defendant Apollo Group, Inc.
d/b/a University of Phoenix
LITTLER MENDELSON, P.C.
1200 17th Street, Suite 1000
Denver, CO 80202-5835
Telephone: 303.362.2879
Facsimile: 303.648.5062
E-mail: mrandall@littler.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2009, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was electronically filed and served via the *CM/ECF* system which will send notification of such filing to the following. The duly signed original is on file at the office of Littler Mendelson, P.C.

Kevin Baldwin, Esq.
Eric Vernon, Esq.
Baldwin & Vernon
11 E. Kansas Street
Liberty, MO 64068

Kevin@bvalaw.net
Eric@bvalaw.net

*s/Barbara A. Petrick*
Barbara A. Petrick

Firmwide:93116994.1 059158.1014